Wayne D. GREEN, Plaintiff–Appellant,

v.

J. SACCHET, Warden; Sergeant Teach; L. Ingram, Corrections Officer; R. Mills, Corrections Officer; L. Waters, Warden, Maryland Correctional Institute–Hagerstown, Defendants–Appellees.

No. 03–6092.

United States Court of Appeals, Fourth Circuit.

Submitted April 15, 2003.

Decided May 2, 2003.

Wayne D. Green, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne D. Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Sacchet,* No. CA–02–1835 (D. Md. filed Dec. 10, 2002; entered Dec. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*